IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RANDELL EUGENE WISHAM                                    PLAINTIFF

v.                          No. 3:20-cv-115-DPM

IZARD COUNTY SHERIFF'S OFFICE                           DEFENDANT

ORDER

1. Wisham's application to proceed *in forma pauperis*, Doc. 1, is granted. He's disabled, with a small monthly income, the usual expenses, and modest assets.

2. The Court must screen Wisham's complaint. 28 U.S.C. § 1915(e)(2). The Izard County Sherriff's Office is not an entity that can be sued. *Ketchum v. City of West Memphis, Arkansas*, 974 F.2d 81, 82 (8th Cir. 1992). Wisham says that his former parole officer, and others from the Sheriff's Office, are entering Wisham's bedroom and attic and are taking his things. While this is of course possible, it is also highly unlikely. *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992); 28 U.S.C. § 1915(e)(2)(B). The Court will dismiss the case without prejudice for failure to state a claim.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 May 2020