IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RANDELL EUGENE WISHAM                                              PLAINTIFF

v.                          No. 3:20-cv-115-DPM

IZARD COUNTY SHERIFF'S OFFICE                                     DEFENDANT

JUDGMENT

The complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 May 2020